**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Sandra Smiggs**

              **Plaintiff,**              Civil No. 10-cv-00948-HZ

    vs.

                                            ORDER GRANTING AWARD
**Commissioner of Social Security**    OF EAJA FEES, EXPENSES AND
           **Defendant.**               COSTS

### ORDER

Based upon the plaintiff's Petition, and the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, Plaintiff is hereby awarded EAJA attorney's fees of $5,650.85, expenses of $7.51, and costs of $11.00.  Pursuant to *Astrue V Ratliff*, 130 S Ct 2521 (2010), if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to David B. Lowry, based upon Plaintiff's assignment of EAJA fees to her attorney.  Regardless of any offset, the award shall be mailed to Plaintiff's attorney.

    Done this  2nd day of  January , 20 12 .

        /s/ Marco A. Hernandez
                        Judge

Presented by:

s/David B. Lowry_____
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223